## B. F. Feyerabend, Appellee, v. Harry C. Hanna, Appellant.

### Gen. No. 9,624.

opinion filed May 26, 1949; released for publication June 21, 1949. Henry B. Eaton, for appellant; Cross & Gibbons, for appellee; John F. Gibbons and Harold R. Clark, of counsel. Opinion by PRESIDING JUSTICE DADY. Not to be published in full.